UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ATARAH REYNOLDS et al.,

      Plaintiffs,                      Case No. 23-cv-13099

v.                                HON. MARK A. GOLDSMITH

SECURITY, POLICE & FIRE
PROFESSIONALS OF AMERICA AND
PARTICIPATING EMPLOYERS HEALTH
AND WELFARE BENEFIT PLAN et al.,

      Defendants.
_____/

## JUDGMENT

Judgment is entered in accordance with the Opinion and Order entered on today's date. The case is closed.

                                            KINIKIA ESSIX
                                            CLERK OF THE COURT

                              By:   s/Carolyn Ciesla
                                            DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: February 21, 2025